# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

**STEPHEN FITZPATRICK**

**VERSUS**

**U.S. GOVERNMENT**

**CIVIL ACTION**

**NO. 18-479-JWD-RLB**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated October 17, 2018, to which no opposition was filed;

**IT IS ORDERED** that the plaintiff's complaint is dismissed without prejudice as to the defendant U.S. Government pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and under Local Rule 41(b) for failure to prosecute.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>November 1, 2018</u>.

                              **JUDGE JOHN W. deGRAVELLES**
                              **UNITED STATES DISTRICT COURT**
                              **MIDDLE DISTRICT OF LOUISIANA**